UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 18-10029 |
| | ) | Chapter 7 |
| HECTOR JESUS ROJAS-HIDALGO | ) | |
| SSN/ITIN xxx-xx-3650 | ) | |
| | ) | |
| and | ) | |
| | ) | ORDER AUTHORIZING DEBTORS |
| KRISTA RAE ROJAS | ) | TO PAY FILING FEE IN INSTALLMENTS |
| fka Krista Rae Kurtz | ) | |
| SSN/ITIN xxx-xx-4996 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Debtors' Application for Individuals to Pay the Filing Fee in Installments (doc. 2) and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors' application is granted, and they shall pay the $335.00 chapter 7 filing fee as follows:

$112.00 on or before April 19, 2018;
$112.00 on or before May 18, 2018; and
$111.00 on or before June 19, 2018.

Each payment shall be made by cashier's check or money order and shall be mailed or delivered to:

Bankruptcy Clerk
225 South Pierre Street, Room 203
Pierre, South Dakota  57501

So ordered: March 19, 2018.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota