```
                         United States Bankruptcy Court
                             District of South Dakota
In re:                                                    Case No. 18-10029-CLN
Hector Jesus Rojas-Hidalgo                                Chapter 7
Krista Rae Rojas
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0869-1         User: msemm                  Page 1 of 2          Date Rcvd: Mar 19, 2018
                             Form ID: 309A                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb         +Hector Jesus Rojas-Hidalgo,    Krista Rae Rojas,   302 4th Street,    Houghton, SD 57449-2117
aty             Cheryl Schrempp DuPris,    Assistant U.S. Attorney,    P.O. Box 2638,
                 Sioux Falls, SD  57101-2638
1385921        +Aberdeen Dermatology,    201 S. Lloyd St.,   Aberdeen, SD 57401-4552
1385922         Accounts Management, Inc.,    P.O. Box 1843,   Sioux Falls, SD 57101-1843
1385923        +Avera Health,    P.O. Box 8,   Mitchell, SD 57301-0008
1385925         Avera St. Luke's Clinic Division,     P.O. Box 1460,   Aberdeen, SD 57402-1460
1385927        +Credit Collections Bureau,    P.O. Box 9490,   Rapid City, SD 57709-9490
1385928        +Department of Education,    P.O. Box 61047,   Harrisburg, PA 17106-1047
1385929        +First Collections, Inc.,    P.O. Box 13225,   Grand Forks, ND 58208-3225
1385930        +Gary Miller,    255 W. Lake Shore Drive,    Waubay, SD 57273-7119
1385931        +Gate City Bank,    500 2nd Avenue North,    Fargo, ND 58102-4870
1385932         Goldmark Properties,    3201 20th Street South,    Fargo, ND 58104-6526
1385933        +Liam Culhane,    26 S. Broadway, #100,    Watertown, SD 57201-3670
1385934         Matthew J. McIntosh,    Beardsley, Jensen & Lee, PLLC,    P.O. Box 9579,
                 Rapid City, SD 57709-9579
1385935         Midwest Credits, Inc.,    P.O. Box 1088,   Aberdeen, SD 57402-1088
1385936         Prairie Lakes Healthcare,    P.O. Box 1210,   Watertown, SD 57201-6210
1385937         Sanford Health,    P.O. Box 5074,   Sioux Falls, SD 57117-5074
1385938        +Service Investment Company, Inc.,    P.O. Box 517,    Vermillion, SD 57069-0517
1385939        +Smile Solutions,    105 Sixth Avenue Southeast,    Aberdeen, SD 57401-4338
1385941         Terrace On The Green,    1609 20th Street,   Moorhead, MN 56560
1385942         United Accounts, Inc.,    P.O. Box 518,   Aberdeen, SD 57402-0518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: fransenlaw@qwestoffice.net Mar 19 2018 21:41:35      David J. Fransen,
                 422 5th Avenue Southeast, Suite 111,    Aberdeen, SD  57401
tr             +EDI: BFCALLRED.COM Mar 20 2018 01:38:00      Forrest C. Allred,   14 2nd Avenue SE, Suite 200,
                 Aberdeen, SD 57401-4246
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Mar 19 2018 21:41:39      James L. Snyder,
                 210 Walnut Street, Room 793,    Des Moines, IA 50309-2106
1385920         E-mail/Text: ebn@aaa-coll.com Mar 19 2018 21:41:43      AAA Collections, Inc.,    P.O. Box 881,
                 Sioux Falls, SD 57101-0881
1385926         EDI: CAPITALONE.COM Mar 20 2018 01:38:00      Capital One,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
1385940         EDI: WTRRNBANK.COM Mar 20 2018 01:38:00      TD Bank USA/Target Credit,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1385924      ##+Avera Obstetrics and Gynecology Aberdeen,    310 South Penn Street,    Aberdeen, SD 57401-4553
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0869-1          User: msemm                Page 2 of 2             Date Rcvd: Mar 19, 2018
                              Form ID: 309A              Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:

              Cheryl  Schrempp DuPris    on behalf of Creditor    US Department of Education
               usasd.ecfbankruptcy@usdoj.gov
              David J. Fransen    on behalf of Joint Debtor Krista Rae Rojas fransenlaw@qwestoffice.net
              David J. Fransen    on behalf of Debtor Hector Jesus Rojas-Hidalgo fransenlaw@qwestoffice.net
              Forrest C. Allred    forrest.allred@gmail.com,
               SD07@ecfcbis.com;fcasec@qwestoffice.net;sellassets@ecf.inforuptcy.com
              James L. Snyder    ustpregion12.sx.ecf@usdoj.gov
                                                                                             TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Hector Jesus Rojas–Hidalgo | Social Security number or ITIN | xxx–xx–3650 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Krista Rae Rojas | Social Security number or ITIN | xxx–xx–4996 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of South Dakota | Date case filed for chapter 7 | 3/19/18 |
| Case number: | 18–10029 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Hector Jesus Rojas–Hidalgo | Krista Rae Rojas |
| 2. | **All other names used in the last 8 years** | | fka Krista Rae Kurtz |
| 3. | **Address** | 302 4th Street<br>Houghton, SD 57449 | 302 4th Street<br>Houghton, SD 57449 |
| 4. | **Debtor's attorney**<br>Name and address | David J. Fransen<br>422 5th Avenue Southeast, Suite 111<br>Aberdeen, SD 57401 | Contact phone 605–226–8234 |
| 5. | **Bankruptcy trustee**<br>Name and address | Forrest C. Allred<br>14 2nd Avenue SE, Suite 200<br>Aberdeen, SD 57401 | Contact phone 605–225–3933 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Hector Jesus Rojas–Hidalgo** and **Krista Rae Rojas**  Case number **18–10029**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.sdb.uscourts.gov. | Frederick M. Entwistle  Clerk of the Bankruptcy Court  225 S. Pierre St., Room 203  Pierre, SD 57501–2463 | Hours: Monday–Friday 8:00 am–5:00 pm  Contact phone 605–945–4460  Date: 3/19/18 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2018 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Federal Building, 115 Fourth Ave. SE, Room 206–207, Aberdeen, SD** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7); or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). | **Filing deadline: 7/9/18** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**