UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 18-10029 |
| | ) | Chapter 7 |
| HECTOR JESUS ROJAS-HIDALGO | ) | |
| SSN/ITIN xxx-xx-3650 | ) | |
| | ) | |
| and | ) | |
| | ) | ORDER TO SHOW CAUSE |
| KRISTA RAE ROJAS | ) | |
| fka Krista Rae Kurtz | ) | |
| SSN/ITIN xxx-xx-4996 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of the record before the Court; and it appearing Debtors have failed to pay the $335.00 chapter 7 filing fee, as set forth in the Order Authorizing Debtors to Pay Filing Fee in Installments entered March 19, 2018 (doc. 7); and it further appearing Debtors are not eligible for a discharge of debts as long as the fee remains unpaid, Fed.R.Bankr.P. 4004(c)(1)(G); now, therefore,

IT IS HEREBY ORDERED Debtors shall, by a written response to this order filed on or before July 13, 2018, show cause why appropriate sanctions, including, but not limited to, closing their case without a discharge of debts and referring the fee due for setoff against any future federal income tax refunds, should not be imposed on Debtors for their failure to pay the filing fee in full and to comply with the March 19, 2018 order.

IT IS FURTHER ORDERED the mandate for Debtors to show cause will be deemed satisfied if Debtors pay the Bankruptcy Clerk $335.00, by cashier's check or money order, on or before July 13, 2018.

So ordered:  June 21, 2018.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota