UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 18-10029 |
| ) | Chapter 7 |
| HECTOR JESUS ROJAS-HIDALGO ) | |
| dba Hector Jesus Rojas-Hidalgo ) | |
| SSN/ITIN xxx-xx-3650 ) | |
| ) | |
| and ) | ORDER GRANTING GARY MILLER |
| ) | RELIEF FROM THE AUTOMATIC STAY |
| KRISTA RAE ROJAS ) | |
| fka Krista Rae Kurtz ) | |
| SSN/ITIN xxx-xx-4996 ) | |
| ) | |
| Debtors. ) | |

Upon consideration of Gary Miller's Motion for Relief from the Automatic Stay (doc. 35) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Gary Miller's motion is granted as provided herein, and he is given relief from the automatic stay to continue the state court action against Debtor Krista Rae Rojas described in the motion and may seek recovery from Debtor's insurance coverage to the stated policy limits of $100,000.00, but Gary Miller may not obtain or enforce any judgment arising therefrom against Debtors personally or against Debtors' or the bankruptcy estate's property.

So ordered: June 25, 2018.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota